■ MORTIMER H. COLEMAN, Respondent, v. TED'S AUTO SALES, INC., et al., Defendants and Third-Party Plaintiffs-Appellants. DUN & BRADSTREET, INC., Third-Party Defendant-Respondent.— In an action for injunctive relief and for damages pursuant to statute (Civil Rights Law, § 51), the defendants-third-party-plaintiffs appeal: (1) from an order of the Supreme Court, Kings County, entered March 30, 1962, which (1) denied their cross motion to dismiss the plaintiff's complaint, and which granted the third-party defendant's motion to dismiss the third-party complaint; and (2) from a judgment of said court, entered April 3, 1962 on said order, dismissing the third-party complaint. Order and judgment affirmed, with $10 costs and disbursements. No opinion. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Rabin, JJ., concur. [33 Misc 2d 739.]

■ JACK COPANS, Appellant, v. ROGER E. MOTT, Respondent. (Action No. 1.) ROGER E. MOTT, Respondent, v. STEVEN COPANS et al., Defendants. (Action No. 2.) — In a consolidated action to recover damages for injury to person and property, Jack Copans, the plaintiff in the original Action No. 1, appeals from so much of an order of the Supreme Court, Westchester County, dated December 3, 1959 and entered in Orange County on December 7, 1959, made upon "reargument or rehearing" of a motion previously made (by Roger Edwin Mott, the plaintiff in the original Action No. 2) to resettle an order dated September 3, 1958, as adhered to the court's earlier decision of June 3, 1959; as granted said motion to resettle, and as resettled the last-mentioned order so as to provide "that the right to open and close shall be determined by the Justice presiding at the time of trial of the consolidated action." Order, dated December 3, 1959, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hopkins, JJ., concur.

■ VIRGINIA DE SETA et al., Respondents, v. DILBERT'S QUALITY SUPER-MARKETS, INC., Appellant.— In a negligence action to recover damages for personal injury, defendant appeals from so much of an order of the Supreme Court, Nassau County, dated January 26, 1962, granting conditionally the defendant's motion to dismiss the complaint for lack of prosecution, as permitted plaintiffs to file a note of issue and statement of readiness for a subsequent Trial Term. Order, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.